JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WILLIAMS<br><br>            Petitioner,<br><br>  v.<br><br>DAVID M. THOMPSON, et al.<br><br>           Respondents. | Case No. 2:20-cv-08315-JFW-SHK<br><br>**JUDGMENT** |

    Pursuant to the Order Dismissing Petition Without Prejudice,

    IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: October 6, 2020

_____
HONORABLE JOHN F. WALTER
United States District Judge